IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELAINE LYTLE,<br>Plaintiff,<br><br>v.<br><br>SAN ANTONIO SHOES, INC.,<br>Defendant. | Civil Action No. 5:21-CV-00086-XR<br><br>Jury Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' Agreement, Plaintiff Elaine Lytle and Defendant San Antonio Shoe, Inc.[1] acting through their respective counsel, hereby stipulate to the dismissal with prejudice of this action, including all claims and counterclaims asserted by the Parties herein, with each party bearing its own costs, attorney's fees, and expenses.

DATED: April 12, 2021

Respectfully Submitted,

| | |
|---|---|
| **PONCIO LAW OFFICES**<br>5410 Fredericksburg Road, Suite 109<br>San Antonio, Texas 78229-3550<br>210.212.7979<br>210.212.5880 fax<br><br>By: /s/ *(signature)*<br>Adam Poncio<br>State Bar No. 16109800<br>salaw@msn.com<br>Alan Braun<br>State Bar No. 24054488<br>abraun@ponciolaw.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**ELAINE LYTLE** | **WEISBART SPRINGER HAYES LLP**<br>212 Lavaca Street, Suite 200<br>Austin, Texas 78701<br>512.652.5780<br>512.682.2074 fax<br><br>By: /s/ *(signature)*<br>Julie A. Springer<br>State Bar No. 18966770<br>jspringer@wshllp.com<br>Danielle K. Hatchitt<br>State Bar No. 24079080<br>dhatchitt@wshllp.com<br><br>**COUNSEL FOR DEFENDANT**<br>**SAN ANTONIO SHOE, INC.** |

---

[1] San Antonio Shoe, Inc. has been incorrectly named in Plaintiff's Complaint as San Antonio Shoes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon all counsel of record on April 12, 2021, by way of the court's CM/ECF system.

> Adam Poncio
> Alan Braun
> **PONCIO LAW OFFICES**
> 5410 Fredericksburg Road, Suite 109
> San Antonio, Texas 78229-3550
> 210.212.7979
> 210.212.5880 fax
> salaw@msn.com
> abraun@ponciolaw.com
>
> **COUNSEL FOR PLAINTIFF**
> **ELAINE LYTLE**

/s/ Danielle K. Hatchitt
Danielle K. Hatchitt